IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED BY_____ D.C.

DEC 13 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Civil No:_____

JENSEN CASH OVESIAN

, Plaintiff(s)

v.

MIAMI-DADE TRANSIT
CITY OF MIAMI
MIAMI-DADE COUNTY
STATE OF FLORIDA
UNITED STATES OF AMERICA

, Defendant(s).

---

## COMPLAINT

---

"New Jack City"

**PARTIES**

JENSEN CASH OVESIAN
9729 EXCURSION DRIVE
OAK POINT, TX 75068

MIAMI-DADE TRANSIT
701 NW 1ST COURT
MIAMI, FL 33136

MIAMI-DADE COUNTY
2100 NW 42ND AVENUE
MIAMI, fl 33142

1

STATE OF FLORIDA
135 WEST CENTRAL BOULEVARD
ORLANDO, FL 32801

UNITED STATES OF AMERICA
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

## JURISDICTION

All parties within this complaint reside within Florida, and/or conduct affairs within the State of Florida, a property under federal jurisdiction. Plaintiff alleges each and every defendant listed violated plaintiff(s) constitutional rights, plaintiff(s) civil rights, and human rights. This federal court has specific jurisdiction over civil complaints which allege violations of constitutional rights within the state of Florida, and also the Federal legal jurisdictions. Further, this federal court also has jurisdiction over allegations involving government entities within the state of Florida.

## BRIEF SUMMARY OF LAWSUIT

This lawsuit challenges restrictions on gun ownership, gun use, and gun related self-defense. The nature and basis of these claims stem from mask harassment, discrimination, life endangerment, defamation, and stalking. This in an all-inclusive constitutional second amendment related lawsuit to restore constitutional rights in general, and related to the right to bear arms. This lawsuit is for the restoration of Americans constitutional rights, and those who legally or illegally present on American jurisdictional soil, including boat/plane.

## FULL SUMMARY OF LAWSUIT

This is a gun rights lawsuit. Plaintiff alleges that defendant parties contained herein violated his constitutional rights by telling him and/or attempted forcing him to to wear a mask on transit property. This caused him to be assaulted two days in a row on public transit, and inability to utilize public transit without carrying a concealed handgun. The first incident occurred on October 10, 2021 at 7:15pm on the 17 bus southbound when a driver refused to drive to bus after plaintiff entered an refused to wear a mask quoting his constitutional right. A gangster believed to be carrying a concealed weapon threatened, false imprisoned, then committed battery against plaintiff, chased plaintiff into live traffic where almost hit by a car, then fled the scene. Miami Police Department responded and took report.
    The second incident occurred the following day October 11, 2021 at 2:45pm on the J bus eastbound when a driver refused to drive to bus after plaintiff entered an refused to wear

2

a mask quoting his constitutional right. An off-duty police officer threatened plaintiff saying he would beat him up and instructed him to depart the bus where they would fight outside. This antagonism further instigated a drunk who threatened, false imprisoned, then committed battery against plaintiff. Miami-Dade County Police never responded, and refused to take report after numerous attempts.

The third incident occurred on December 2, 2021 at 6:15pm at the Government Center lightrail station, when two security followed plaintiff up an escalator due to not wearing a mask. It should be noted that this situation occurred after the Miami Transit Legal Department was instructed to cease from harassing plaintiff. Plaintiff told security to get away from him, they then passed plaintiff and false imprisoned him at top of escalator, then committed battery against him. Plaintiff ran and entered a lightrail train. Security proceeded to follow him and cornered him on train after he told them to get away from him. One security pulled out handcuffs and said he would handcuff plaintiff. Security had hand on firearm. Plaintiff ran off train and walked out Vizcaya station. Security officer at Vizcaya threatened plaintiff to never return, in which plaintiff returned expletives. Police responded to plaintiff. Plaintiff claims stalking due to prior notice to stay away from him and to refrain from talking to him.

Plaintiff alleges that that all of these exercises are constitutionally protected behavior whether or not law claims otherwise. Plaintiff requests all plaintiff parties cease-and-desist immediately all forms of harassment, and to refrain from talking, watching, following, searching, and touching plaintiff and any people with plaintiff. Plaintiff is notifying defendant parties that he will continue to practice any or all forms of constitutionally protected behavior.

## OVERVIEW OF LEGAL ISSUES ADDRESSED

This filing will function as a legal cease-and-desist order against defendant parties from the date of filing. And evidence collected on or involving plaintiff shall be considered illegally obtained in violation of this order not to molest individual. This complaint is being filed by a multi-state active domestic violence survivor. Plaintiff will not attest to the authenticity of any information contained herein or otherwise. Plaintiff testimony at trial will be provided only through an attorney. Plaintiff refuses to be physically present at trail. Some of the issues addresses in this filing: right to carry guns by felons, right to murder in self-defense, right to defend oneself, free from harassment, feel safe, mask laws, mask enforcement, freedom from defamation of character, vaccination related, indoor harassment, outdoor harassment, right to do anything outside discrimination against the disabled, freedom from criminal charges for discharging firearms with just cause, right to hunt adjacent to public areas, discrimination against the poor, right to transport, right to transport, right to use other weapons in self-defense, right to be free from charges/arrest until after through, investigation takes place, constitutional violations, constitutional rights, human rights, civil rights, right to exist, right to partake in life sustaining activities, freedom from being touched, right to utilize taxpayer funded services, right to occupy public property, discrimination against the homeless, right to be unsafe, right to do as one wishes with ones body, right to object to government operations, right to protest, right to not make statements, right to purchase guns without identification, right to purchase guns without waiting periods, right to ship guns through mail, right to purchase guns without background checks, right to posess guns without fear of seizure, right to refuse explanation, right to not be followed, right to basic freedoms, right to pursue

3

happiness, right to not be stalked, right to not be entrapped/harassed/molested, right to eat, right to drink, right to litter, right to urinate/defecate in public, discrimination against minority's, discrimination against sexual assault survivors, discrimination against young people, gender discrimination, discrimination against domestic violence victims, gang-stalking, right to transport to maintain employment, right to transport possessions, right to refuse search, freedom from digital data searches, right to carry concealed weapons, right to carry unconcealed weapons, miscellaneous gun related rights, right to discharge guns in public for self defense, right to use firearms to protect against wildlife by felons, right to open carry firearms, right to carry weapons to defend, right to kill/maim wildlife in defense, right of citizens to disobey unlawful orders/laws, right to cause public disturbances in self-defense, right to distrupt public transit in self-defense, clarification on who is actually disrupting public transit, right to refuse to leave, right to live without police harassment, right to swear in public, right to wear none/limited clothing, right to transport while on drugs, right to not be harassed by law enforcement, right to seek/maintain employment, clarification of what is a trespass, freedom from restraining orders, legality of no trespass orders, right to life a hippy life, right to disturb public functions as protest, right to carry unregistered firearm, right to carry firearm without serial numbers, right to carry stolen gun without knowledge, right to carry loaded firearms, right to defend against harassment by law enforcement, and other legal issues not yet refereed to here.

## FIRST CLAIM FOR RELIEF

The first claim for relief involves defendant the, MIAMI-DADE TRANSIT, and plaintiff contends party unlawfully violated his constitutional rights.

## SECOND CLAIM FOR RELIEF

The third claim for relief involves defendant the, MIAMI-DADE COUNTY, and plaintiff contends party unlawfully violated his constitutional rights.

## THIRD CLAIM FOR RELIEF

The fourth claim for relief involves defendant the, STATE OF FLORIDA, and plaintiff contends party unlawfully violated his constitutional rights.

## FOURTH CLAIM FOR RELIEF

The fourth claim for relief involves defendant the, UNITED STATES OF AMERICA, and plaintiff contends party unlawfully violated his constitutional rights.

## REQUEST FOR RELIEF

Plaintiff reserves the right to add additional plaintiff parties and request additional damages for those parties. Plaintiff reserves the right to add/remove additional defendant parties, and to make additional claims against current parties. Plaintiff parties requests $225,000,000 in punitive damages from each and every defendant party listed. Plaintiff insists these rights must be endowed into the general population of citizens and non-citizens. Plaintiff asks that this court make rulings on the constitutional nature of each and every claim, and constitutional clarification. Plaintiff requests this complaint be tried by trial to jury, composed of 12 peers as guaranteed by the United States constitution for civil filings.

Dated: November 18, 2021

S/_____
Jensen Ovesian


Jensen Ovesian
9729 Excursion Drive
Oak Point, TX 75068

futurespambox@gmail.com
(786) 682-0893


## CERTIFICATE OF SERVICE

Plaintiff swears a true copy of this complaint will be delivered by means of U.S. Mail to all defendant parties listed on December 3, 2021 or soon thereafter.

S/_____
Jensen Ovesian

5



$0.23
US POSTAGE
FIRST-CLASS
062S14644515
33146
000000002

MIAMI FL 330
8 DEC 2021 PM 6 L

Jensen Dversign
1603 NW 7th Avenue
Miami, FL 33136

Southern Florida Federal US Court
Attn: Clerk
400 N. Miami Avenue
Miami, FL 33128

33128-771699

LEGAL MAIL